# MEMORANDUM DECISIONS.

Robert ADAMSON, as Com'r., v. RICH-LAND REALTY CO. (Supreme Court, Appellate Division, First Department. January 14, 1916.) Application denied, with $10 costs. Order signed.

A. FRANK WARREN REAL ESTATE CO., Respondent, v. STRASENBURGH, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 24, 1915.) Action by the A. Frank Warren Real Estate Company against Robert J. Strasenburgh. No opinion. Judgment affirmed, with costs.

Alfred E. ALDRIDGE, appellant, v. ÆTNA LIFE INSURANCE CO., respondent. (Supreme Court, Appellate Division, Fourth Department. January 22, 1916.) Judgment affirmed, with costs. All concur, except KRUSE, P. J., who dissents upon the ground that it should not be held as a matter of law that the untruthful statement with reference to plaintiff's having received medical attention is a warranty, in view of the fact that it was not contained in the copy of the application which was attached to the policy.

In the Matter of the Transfer Tax upon the Estate of J. Henry ALEXANDRE, deceased. (Supreme Court, Appellate Division, Second Department. December 17, 1915.) Order of the Surrogate's Court of Richmond County modified, so as to apportion the $9,229.85, fixed as transfer tax, pro rata between petitioner's beneficial interest under the trust fund and her other nontrust interests under the will, following Matter of Title Guarantee & Trust Co., 81 Misc. Rep. 106, 112, 142 N. Y. Supp. 1070, 159 App. Div. 803, 144 N. Y. Supp. 889; 212 N. Y. 551, 106 N. E. 1043, and as so modified affirmed, without costs of this appeal. No opinion. Jenks, P. J., and Thomas, Carr, Stapleton, and Putnam, JJ., concur.

Harry L. ALLEN, as receiver, etc., appellant, v. Charles A. ARMSTED, respondent. (Supreme Court, Appellate Division. Fourth Department. January 22, 1916.) Judgment reversed and new trial granted, with costs to appellant to abide event. Held: That the nonsuit was improperly granted, and while the verdict of the jury was taken and might be reinstated, we are of the opinion that under the circumstances a new trial should be granted. All concur.

Lucy B. ALLEN, respondent, v. Conrad M. BRAKER and others, appellants. (Supreme Court, Appellate Division, Second Department. December 30, 1915.) Motion for stay denied.

Lucy B. ALLEN, respondent, v. Conrad M. BRAKER, Florence L. BRAKER and Florence M. FOX, appellants. (Supreme Court, Appellate Division, Second Department. December 30, 1915.) Judgment and order affirmed, with costs, as to appellant Conrad M. Braker. But as proof of scienter did not involve the other defendants who signed the contract, the judgment and order as to them must be reversed. As they have not separately appeared, this reversal is without costs. No opinion. Jenks, P. J., and Carr, Mills, Rich, and Putnam, JJ., concur.

ALONG THE HUDSON CO. v. Charles H. AYRES. (Supreme Court, Appellate Division, First Department. January 14, 1916.) Motion denied, with $10 costs. Order filed.

ALVEY MFG. CO., appellant, v. INTER-BORO BREWING CO., respondent. (Supreme Court, Appellate Division, First Department. December 30, 1915.) Order affirmed, with costs. No opinion. Order filed.

AMERICAN MANUFACTURING COMPANY, respondent, v. Edward LINDGREN, and others, appellants. (Supreme Court, Appellate Division, Second Department. December 24, 1915.) Judgment affirmed, with costs. No opinion. Jenks, P. J., and Thomas, Carr, Mills, and Rich, JJ., concur.

The AMERICAN SERVIANS ASSOCIATION OF NEW YORK, respondent, v. UNION SQUARE SAVINGS BANK, appellant. (Supreme Court, Appellate Division, Second Department. January 7, 1916.) Judgment and order affirmed, with costs. No opinion. Jenks, P. J., and Thomas, Stapleton, Rich, and Putnam, JJ., concur.

AMERICAN & BRITISH MFG. CO., respondent., v. INTERNATIONAL POWER Co., Wilbur F. SADLER, recr., appellant. (Supreme Court, Appellate Division, First Department. January 14, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

ANCIENT ORDER OF HIBERNIANS OF N. Y. COUNTY, appellant v. ANCIENT ORDER OF HIBERNIANS OF AMERICA et al., respondents. (Supreme Court, Appellate Division, First Department. December 24, 1915.) Order affirmed with $10 costs and disbursements. No opinion. Order filed.

John ANDRIUSZIS, respondent, v. PHIL-ADELPHIA & READING COAL & IRON